```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 07099
    EDWARD D HARRIS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2301


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/19/2007 and was not confirmed.

     The case was dismissed without confirmation 07/23/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA CURRENT MORTG          .00             .00             .00
AMERICAS SERVICING COMPA MORTGAGE ARRE          .00             .00             .00
CHILD SUPPORT ENFORCEMEN NOTICE ONLY     NOT FILED             .00             .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED             .00             .00
AARONS SALES             UNSECURED       NOT FILED             .00             .00
SPRINT PCS               UNSECURED       NOT FILED             .00             .00
COMCAST                  UNSECURED       NOT FILED             .00             .00
ER SOLUTIONS INC         UNSECURED          520.66             .00             .00
PREMIER BANCARD CHARTER  FILED LATE           .00              .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED           179.68            .00             .00
COMCAST                  UNSECURED       NOT FILED             .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED           731.83            .00             .00
MONTEREY FINANCIAL       UNSECURED       NOT FILED             .00             .00
DIRECTV INC              UNSECURED       NOT FILED             .00             .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED             .00             .00
CHARTER ONE BANK         UNSECURED       NOT FILED             .00             .00
DAKOTA STATE BANK        UNSECURED           332.42            .00             .00
ATT                      UNSECURED       NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED            635.26           .00             .00
ECAST SETTLEMENT CORP    UNSECURED            379.18           .00             .00
EBONY MILLER             NOTICE ONLY     NOT FILED             .00             .00
LENELL RICHARDS          NOTICE ONLY     NOT FILED             .00             .00
IL DEPT OF HEALTHCARE &  PRIORITY           7083.35            .00             .00
IL DEPT OF HEALTHCARE &  PRIORITY           2189.39            .00             .00
IL DEPT OF HEALTHCARE &  PRIORITY           5600.25            .00             .00
ERNESTO D BORGES JR      DEBTOR ATTY           .00                             .00
TOM VAUGHN               TRUSTEE                                               .00
DEBTOR REFUND            REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00


               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 07099 EDWARD D HARRIS
```

```
PRIORITY                                                               .00
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                    ---------------    ---------------
TOTALS                                          .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 10/18/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 07 B 07099 EDWARD D HARRIS